MELINDA HAAG (CA 132612)
United States Attorney

MIRANDA KANE (CA 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KY 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

FILED
JUN 13 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROY ANTHONY DAVILA,<br><br>    Defendant. | CR-13-00464 - MAG<br><br>MOTION AND [~~PROPOSED~~]<br>ORDER TO DISMISS INFORMATION |

1. The United States moves that the Information filed in the above captioned matter on July 11, 2013 be dismissed.

2. The United States makes this motion in the interests of justice.

MELINDA HAAG
United States Attorney


               /S/
ROBERT K. PRUITT
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the Information in the above entitled matter is dismissed without prejudice.

Dated: __6/13/2014__

HOWARD R. LLOYD
United States Magistrate Judge